Form 3A
(10-05)

# United States Bankruptcy Court

### District Of _____ Illinois _____

In re _Melanie R. Davis_,     Case No. 07-22443
           Debtor

           Chapter 7

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1.   In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ _299_ in installments.

2.   I am unable to pay the filing fee except in installments.

3.   Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4.   I propose the following terms for the payment of the Filing Fee.*

$ _74.75_ _(1st)_     Check one ☐   With the filing of the petition, or
                              ☐   On or before _____

$ _74.75_ _(2nd)_   on or before _Dec. 30, 2007_

$ _74.75_ _(3rd)_   on or before _Jan 30, 2008_

$ _74.75_ _(4th)_   on or before _Feb 28, 2008_

*   The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5.   I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
NOV 30 2007
KENNETH S. GARDNER, CLERK
BY_____
DEPUTY CLERK

_____     _Melanie R. Davis_   _11/30/07_
Signature of Attorney     Date     Signature of Debtor   Date
                              (In a joint case, both spouses must sign.)

_____     _____
Name of Attorney            Signature of Joint Debtor (if any)   Date

Form 3A Contd.
(10/05)

# United States Bankruptcy Court

_____ District Of _____Illinois____

In re __Melanie Davis_____,
        Debtor

Case No. _____

Chapter _____.

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐    IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐    IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____    Check one  ☐    With the filing of the petition, or
                                  ☐    On or before _____

$ _____    on or before _____

$ _____    on or before _____

$ _____    on or before _____

☐    IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: **NOV 3 0 2007**
_____

**KENNETH S. GARDNER**
Clerk, U.S. Bankruptcy Court
_____
*United States Bankruptcy Judge*